[No. 31921-3-I.    Division One.    May 22, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH JAMES CASBON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-04327-7, Joan E. DuBuque, J., entered December 11, 1992. *Affirmed* by unpublished opinion per Pekelis, J. Pro Tem., concurred in by Baker, C.J., and Grosse, J.

[No. 32186-2-I.    Division One.    May 22, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE ALBERTO AMAYA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-01517-6, Faith Enyeart Ireland, J., entered January 26, 1993. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kennedy, A.C.J., concurred in by Becker, J., and Pekelis, J. Pro Tem.

[No. 33792-1-I.    Division One.    May 22, 1995.]

*In the Matter of the Estate of*
ANITA M. YONICH.

PARKER ROOFING COMPANY, *Respondent,* STEVEN C. YONICH, *Appellant,* v. JOHN JOSEPH YONICH, ET AL, *Respondents.*

Appeal from a jugment of the Superior Court for King County, No. 92-4-04817-2, J. Kathleen Learned, J., entered November 3, 1993. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Coleman and Agid, JJ.